IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
THERESA WOODARD,                )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:13cv173-MHT
                                )          (WO)
RODDRECIUS GOLDSMITH and        )
THE HEALTH CARE AUTHORITY       )
FOR BAPTIST HEALTH, an          )
Affiliate of UAB Health         )
System, d/b/a Baptist           )
Medical Center South d/b/a      )
Crossbridge Behavioral          )
Health,                         )
                                )
     Defendants.                )
```

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 22), it is the ORDER, JUDGMENT and DECREE of the court that this case is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of November, 2014.

                                  /s/ Myron H. Thompson\_\_\_\_  
                            UNITED STATES DISTRICT JUDGE